# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERT J. HYNES,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **SECTION** |
| **VERSUS** | **JUDGE** |
| **LAKEFRONT MANAGEMENT AUTHORITY, BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY-EAST, BRUCE L. A. MARTIN, DONALD P. JUNEAU, AB INSURANCE COMPANY, AND CD INSURANCE COMPANY** | **MAGISTRATE NO.** <br><br> **MAGISTRATE** |
| **Defendants.** | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East and Donald P. Juneau (hereinafter "Flood Protection and Juneau"), remove this case from the Civil District Court for the Parish of Orleans, Louisiana, to the United States District Court for the Eastern District of Louisiana. The grounds for removal are as follows:

1. On May 16, 2022, Plaintiff Albert J. Hynes filed a civil action in the Civil District Court, Parish of Orleans, Louisiana, entitled: *Albert J. Hynes v. Lakefront Management Authority, Board of Commissioners of The Southeast Louisiana Flood Protection Authority-East, Bruce L.A. Martin, Donald P. Juneau, AB Insurance Company, and CD Insurance Company; No. 2022-4315, Division J*. True and correct copies of the Petition, and all other papers filed in this action are attached hereto as **Exhibit 1,** pursuant to 28 U.S.C. §1446(a).

**FEDERAL QUESTION**

2. This Court has original jurisdiction over Plaintiff's Petition because it alleges, *inter alia*, violations of federal law under Title VII of the Civil Rights Act, 42 U.S.C. 2000e *et seq*, for alleged gender, race and age discrimination. Pursuant to 28 U.S.C. § 1441(a), "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." The Eastern District of Louisiana is the appropriate district.

3. To the extent the Petition purports to plead claims under the Louisiana anti-discrimination laws or delictual claims under state law, such claims are removable pursuant to 28 U.S.C. § 1367, as these claims are related to Plaintiff's federal claims, and arise from the same case or controversy.

4. Defendants Flood Protection and Juneau were served with the Petition on June 3, 2022.[1]

5. Defendants Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East and Juneau are filing this Notice of Removal within 30 days of receipt of the Petition. Thus, under 28 U.S.C. § 1446(b), Defendants' Notice of Removal is timely.

6. Venue is proper in the United States District Court for the Eastern District of Louisiana, because the Civil District Court for the Parish of Orleans is within the jurisdictional confines of this District and Division. *See* 28 U.S.C. §§ 1443, 1446(a).

**CO-DEFENDANTS LAKEFRONT MANAGEMENT AUTHORITY
AND BRUCE MARTIN**

7. Co-Defendants Lakefront Management Authority and Bruce Martin appear herein

solely for the purpose of expressing their consent to the removal of this action and do not waive any defenses they may have to this matter including, but not limited to, the defenses enumerated in Federal Rule of Civil Procedure 12. Copies of the consent forms are attached hereto at **Exhibit 2**.[2]

## FICTITIOUS CO-DEFENDANTS

8.      Co-Defendants AB Insurance Company and CD Insurance Company are fictitious defendants that have not been served and are not required to consent. Consent is not required from (1) defendant the removing party claims to be fraudulently joined; (2) nominal defendants; or (3) parties not defendants in the removable claim, but rather only in a separate and independent claim as defined by 28 U.S.C. § 1441(c). *Smith v. Estate of Wagner*, No. CIV A H 06-02629, 2006 WL 2729282 (S.D. Tex. Sept. 25, 2006).

## CONCLUSION

9.      Defendants state that a true and correct copy of this Notice of Removal has been filed with the Clerk of the Court of the Civil District Court for the Parish of Orleans, Louisiana, simultaneously with the filing of this Notice of Removal. A copy of Defendants' Notice of Removal to the Civil District Court for the Parish of Orleans, Louisiana is attached as **Exhibit 3**. Defendants further state that a true and correct copy of this Notice has been served upon all parties to this action.

**WHEREFORE**, Defendants Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East and Donald P. Juneau, by and through undersigned counsel, hereby gives notice pursuant to 28 U.S.C. § 1446 of the removal of this action from the Civil District

---

[1] The Sherriff's return in this matter listed service occurring June 6, 2022. Under either date, the removal is timely.

[2] Both the Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East and Donald P. Juneau join and consent to this removal. Although filed and consented to by them, a separate consent form for these parties is included in an abundance of caution.

Court for the Parish of Orleans, Louisiana, to the United States District Court for the Eastern District of Louisiana.

DATED:  June 30, 2022.

Respectfully submitted,

*/s/ Larry J. Sorohan*
EDWARD F. HAROLD
Louisiana Bar No. 21672
LARRY J. SOROHAN
Louisiana Bar No. 26120
FISHER & PHILLIPS LLP
201 St. Charles Avenue, Suite 3710
New Orleans, Louisiana 70170
Telephone:  (504) 522-3303
Facsimile:  (504) 529-3850
Email:  eharold@fisherphillips.com
            lsorohan@fisherphillips.com

**COUNSEL FOR DEFENDANTS**
SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY-EAST AND DONALD P. JUNEAU

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Consent to Removal via U.S. Mail properly addressed and postage prepaid on:

Raymond C. Burkart, Jr.
321 N. Florida Street
#104
Covington, LA 70433

Beverly A. DeLaune
Deutsch Kerrigan, L.L.P.
755 Magazine Street
New Orleans, LA 70130

This 30th day of June, 2022.

*/s/ Larry J. Sorohan*
LARRY J. SOROHAN

4