UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERT J. HYNES,** | **CIVIL ACTION NO.  2:22-cv-02001** |
| **Plaintiff,** | **SECTION: "H"** |
| **VERSUS** | **JUDGE:  JANE TRICHE MILAZZO** |
| **LAKEFRONT MANAGEMENT AUTHORITY, BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY-EAST, BRUCE L. A. MARTIN, DONALD P. JUNEAU, AB INSURANCE COMPANY, AND CD INSURANCE COMPANY** | **MAGISTRATE NO.  1** |
| | **MAGISTRATE:  JANIS VAN MEERVELD** |
| **Defendants.** | |

### SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY EAST'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant Southeast Louisiana Flood Protection Authority East (SLFPA) moves for summary judgment dismissing all of Plaintiff Albert Hynes' claims against it with prejudice.  Defendant submits:

1. Plaintiff's claims under Title VII and the ADEA are time barred for failure to timely file an EEOC Charge;

2. Plaintiff's claims under Louisiana discrimination laws are time-barred based on the one-year prescriptive period applicable to such claims; and

3. Plaintiff's delictual claims for defamation and negligence under state law are time-barred by the one-year prescriptive period applicable to such claims.

Wherefore Defendant thus respectfully requests this Court dismiss all Plaintiff's claims in their entirety with prejudice on summary judgment at his sole cost and expense.

DATED:  This 12th day of May 2023.

                                               Respectfully submitted,

*/s/ Edward F. Harold*
EDWARD F. HAROLD
Louisiana Bar No. 21672
LARRY J. SOROHAN
Louisiana Bar No. 26120
FISHER & PHILLIPS LLP
201 St. Charles Avenue, Suite 3710
New Orleans, Louisiana 70170
Telephone: (504) 522-3303
Facsimile: (504) 529-3850
Email:  eharold@fisherphillips.com
         lsorohan@fisherphillips.com

**COUNSEL FOR DEFENDANT SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY-EAST**

2